FILED: April 2, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4273

(8:10-cr-00777-RWT-6)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

KEEGAN LEAHY

    Defendant - Appellant

_____

O R D E R

_____

Upon consideration of appellant's fourth motion for extension of time to file the opening brief and joint appendix and noting the court's prior statement that no further extensions would be granted and counsel's subsequent representation that the brief and joint appendix would be filed by April 21, 2014, the court witholds ruling on this motion until April 21, 2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk