FILED: November 5, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4273
(8:10-cr-00777-RWT-6)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

KEEGAN LEAHY

  Defendant - Appellant

_____

No. 14-4357
(8:10-cr-00777-RWT-14)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

DANIEL MCINTOSH, a/k/a Barfly, a/k/a B-Fly

  Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to deconsolidate and deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk
